**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                Petitioners,              23 **CIVIL** 1321 (ALC)

      -against-                     **JUDGMENT**

BP INTERIORS CORP.,

                Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Opinion and Order dated October 9, 2025, Petitioners' motion to confirm the
arbitration award is granted. The Clerk of Court is directed to award judgment in favor of the
Petitioners and against Respondent in the amount of $103,443.12 pursuant to the November 16,
2022 Award with interest to accrue at the rate of 6.75% from the date of the Award, pursuant to
the arbitrator's Award amounting to $20,239.43 in total interest, plus $1,991.50 in attorneys' fees
and $77 in costs arising out of this petition, and post-judgment interest at the statutory rate.
Accordingly, the case is closed.

**Dated:**  New York, New York

      October 9, 2025

**TAMMI M. HELLWIG**

---
**Clerk of Court**

**BY:**

---
**Deputy Clerk**